# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                            ) | |
|         Plaintiff,              ) | Case No. 06-567M |
|                                                            ) | |
|    v.                                         ) | |
|                                                            ) | DETENTION ORDER |
| REGGIE LYNN BASH,                            ) | |
|                                                            ) | |
|         Defendant.          ) | |
| _____ ) | |

<u>Offenses charged</u>:

    Count 1:  Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).

    Count 2:  Possession of Crack Cocaine With Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

    Count 3:  Possession of a Firearm in Furtherance of a Drug Trafficking Offense in violation of 18 U.S.C. § 924(c)(1)(A)(i).

<u>Date of Detention Hearing</u>:    November 15, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending

charges. It is appropriate to apply the presumption in this case.

(2) Defendant has a background history of multiple failures to appear and noncompliance with prior court orders.

(3) It is alleged that defendant is a gang member of the Bloods.

(4) In the charging document, it is alleged that defendant was observed with a handgun. He stated that he was mad at someone and looking for this person.

(5) The defendant is charged with selling firearms and drugs.

(6) At the time of defendant's arrest, he was found in possession of a loaded handgun.

(7) The Court is unable to assess whether defendant has an on-going substance-abuse problem.

(8) There appear to be no conditions or combination of conditions other than detention that will assure the defendant's appearance at future Court hearings or that will address the risk of danger to the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to

01      counsel for the defendant, to the United States Marshal, and to the United

02      States Pretrial Services Officer.

03         DATED this 16th day of November, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91